# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JOSE ALBERTO HERNANDEZ PIMENTEL,<br>a/k/a: "Jose Pimentel,"<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) Case No. 1:22-MJ-226 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2022__ in the city/county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant was found in the United States after having been denied admission, excluded, deported, or removed without the express consent of the Attorney General or Secretary of Homeland Security to reapply for admission to the United States. |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA April Russo/SAUSA Angelica Carrasco-Riley
_Printed name and title_

_Complainant's signature_

Kevin Ho, Deportation Officer, ICE
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ _(specify reliable electronic means)_.

Date: __August 12, 2022__

_William C. Fitzpatrick_
_Judge's signature_

City and state: __Alexandria, Virginia__

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
_Printed name and title_