AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-mj-226 |
| JOSE ALBERTO HERNANDEZ PIMENTEL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA.

Date: 09/29/2022

*Attorney's signature*

McKenzie Hightower; 1779264
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

McKenzie.Hightower@usdoj.gov
*E-mail address*

(703) 236-3854
*Telephone number*

(703) 299-3980
*FAX number*